HARTFORD FEDERATION OF TEACHERS *v.* BOARD OF
EDUCATION OF THE CITY OF HARTFORD ET AL.

It appearing that the defendants in the above entitled case have failed to prosecute their appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Albert C. Murphy,* assistant corporation counsel, for the appellants (defendants).

*Karl Fleischman,* for the appellee (plaintiff).

Argued January 6—decided January 6, 1976

KENNETH M. TOUSIGNANT *v.* LIQUOR CONTROL
COMMISSION

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Court of Common Pleas in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the plaintiff files his brief on or before January 27, 1976.

*Frederick W. Odell,* for the appellant (plaintiff).

*William N. Kleinman,* assistant attorney general, for the appellee (defendant).